IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re   Danine T. Jones | ) | Chapter 13 |
| Debtor | ) | |
| | ) | No.18-14088-ELF |
| | ) | |
| | ) | |

## CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                          /s/David M. Offen
                                          David M. Offen
                                          Attorney for Debtor

Date: 09/13/18