**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

           Chapter 13

           Bankruptcy No. 18-14088-ELF

DANINE T JONES

2244 CANTRELL STREET

PHILADELPHIA, PA 19145

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    DANINE T JONES

    2244 CANTRELL STREET

    PHILADELPHIA, PA 19145

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

Date: 6/10/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee