**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Danine T. Jones ) Chapter 13 | |
| Debtor ) | |
| ) No. 18-14088-ELF | |
| ) | |
| ) | |

**CERTIFICATION OF NO RESPONSE**

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Modify under the CARES Act and respectfully requests that the Order attached to the Motion be approved.

                                              /s/David M. Offen
                                              David M. Offen
                                              Attorney for Debtor(s)

Date: 9/23/20