IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Danine T Jones | : | NO. 18-14088-amc |
| Debtor | : | |

**AMENDED CERTIFICATION OF SERVICE**

I, David M. Offen, Attorney for the above named Debtor hereby certifies that a true and correct copy of the Supplemental Application for Approval of Counsel Fees was served on the Standing Trustee by electronic mail, and upon all creditors by first class mail who have filed proof of claims and are listed on the claims register and by first class mail to the Debtor on March 7, 2024.

/s/ David M. Offen
David M. Offen
Attorney for Debtor